1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

9   Dana Clemons,                                    No. CV-14-01140-PHX-NVW (BSB)

10              Petitioner,

11   v.                                              **ORDER**
                                                     **and**
12   Charles L. Ryan; et al.,                        **DENIAL OF CERTIFICATE OF**
                                                     **APPEALABILITY AND IN FORMA**
13              Respondents.                         **PAUPERIS STATUS**

14          Pending before the Court is the Report and Recommendation ("R&R") of

15   Magistrate Judge Bridget S. Bade (Doc. 13) regarding petitioner's Petition for Writ of

16   Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  The R&R recommends that

17   the Petition be denied. The Magistrate Judge advised the parties that they had fourteen

18   days to file objections to the R&R.  (R&R at 18, 19 (citing 28 U.S.C. § 636(b)(1)).

19   Petitioner filed objections on March 16, 2015 (Doc. 14).

20          The Court has considered the objections and reviewed the Report and

21   Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that

22   the court must make a de novo determination of those portions of the Report and

23   Recommendation to which specific objections are made).  The Court agrees with the

24   Magistrate Judge's determinations, accepts the recommended decision within the

25   meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28

26   U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole

27   or in part, the findings or recommendations made by the magistrate").

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS THEREFORE ORDERED that Report and Recommendation of the Magistrate Judge (Doc.13) is accepted.

Having considered the issuance of a Certificate of Appealability from the order denying Petitioner's Petition for a Writ of Habeas Corpus, a Certificate of Appealability and leave to proceed in forma pauperis on appeal are denied because dismissal of the Petition is justified by a plain procedural bar.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and dismissing Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1) with prejudice. The Clerk shall terminate this action.

Dated this 18th day of March, 2015.

_____
Neil V. Wake
United States District Judge

- 2 -